592

No. 160. HARPER *v.* MORAN, RECEIVER. October 14, 1935. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia denied. *Messrs. Ward B. McCarthy, Wm. E. Richardson, Milton D. Campbell, W. W. Millan, Ralph P. Barnard,* and *E. Hilton Jackson* for petitioner. No appearance for respondent.

No. 258. HAMILTON, RECEIVER, *v.* OFFUTT ET AL., TRUSTEES. October 14, 1935. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia denied. *Messrs. Charles E. Wainwright, Brice Clagett,* and *George P. Barse* for petitioner. *Messrs. Charles V. Imlay* and *Ross H. Snyder* for respondents.

Nos. 161 and 162. THOMPSON ET AL. *v.* PARK SAVINGS BANK, INC., ET AL. October 14, 1935. Petition for writs of certiorari to the United States Court of Appeals for the District of Columbia denied. *Messrs. E. Hilton Jackson, Wm. E. Richardson, Ward B. McCarthy, J. Bruce Kremer, George B. Springston,* and *Herbert M. Bingham* for petitioners. *Messrs. Joseph T. Sherier* and *Otis Beall Kent* for respondents.

No. 165. BALTIMORE & OHIO R. Co. *v.* WOLF, ADMINISTRATRIX. October 14, 1935. Petition for writ of certiorari to the Supreme Court of New York denied. *Messrs. George E. Hamilton* and *John J. Hamilton* for petitioner. *Messrs. Eugene Van Voorhis* and *John Van Voorhis* for respondent.